AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  2:19-cv-00225-AWA-DEM |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CORRECT CARE SOLUTIONS, LLC, now
conducting business as WELLPATH LLC

Serve at:
Corporate Creations Network Inc.
6802 Paragon Place #410
Richmond, Virginia 23230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                     _____
                                                            *Server's signature*

                                                      _____
                                                            *Printed name and title*


                                                      _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:19-cv-00225-AWA-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DALE MORENO, MD

Serve at:
803 Carter Drive
Emporia, VA 23847

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

MARCIA A. KEELING, ADMINISTRATOR OF THE
ESTATE OF DAVAGEAH K. JONES, Deceased

*Plaintiff(s)*

v.

CORRECT CARE SOLUTIONS, LLC, now
conducting business as WELLPATH LLC, et al

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:19-cv-00225-AWA-DEM

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KRASINDA S. BARTON, RN

Serve at:
2608 Wood Creek Court, Apt. 301
Suffolk, VA 23434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E.
Main St., Ste. 2020, Richmond, VA 23219, 804.774-7950 Ph., mkrudys@krudys.com
Michael Goodove (VSB# 34563), Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ
TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510,
757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased<br><br>*Plaintiff(s)*<br><br>v.<br><br>CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  2:19-cv-00225-AWA-DEM<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  APRIL D. GREEN, HSA

Serve at:
1312 Pershing Court
Virginia Beach, VA 23453

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                    _____
                                                          *Printed name and title*


                                                    _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.  2:19-cv-00225-AWA-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SARAH DETERMAN, MENTAL HEALTH DIRECTOR

                Serve at:
                3692 Labrador Lane
                Suffolk, VA 23434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E.
                Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
                Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ
                TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510,
                757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                            *CLERK OF COURT*

Date: _____

                                      _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:19-cv-00225-AWA-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMIT R. SHAH, MD

> Serve at:
> 12201 Fairway Woods Court
> Chester, VA 23836

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
> Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.   2:19-cv-00225-AWA-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEROYAL T. PARKER, MENTAL HEALTH PROFESSIONAL

Serve at:
3606 Hyde Circle
Norfolk, VA 23513

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149),  SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.  2:19-cv-00225-AWA-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HAMPTON ROADS REGIONAL JAIL AUTHORITY

        Serve:
        David A. Hackworth, Superintendent
        Hampton Roads Regional Jail
        2690 Elmhurst Lane
        Portsmouth, VA 23701

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E.
        Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
        Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ
        TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510,
        757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:19-cv-00225-AWA-DEM

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  2:19-cv-00225-AWA-DEM |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) ) |
| *Defendant(s)* | ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID A. HACKWORTH

> Serve at:
> Hampton Roads Regional Jail
> 2690 Elmhurst Lane
> Portsmouth, VA 23701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
> Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*


                                       _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.   2:19-cv-00225-AWA-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LINDA K. BRYANT

Serve at:
917 Meadowhill Court
Chesapeake, VA 23320

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                  *Server's signature*

                                        _____
                                              *Printed name and title*

                                        _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased<br><br>_____<br>*Plaintiff(s)*<br>v.<br>CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:19-cv-00225-AWA-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FREY   (Hampton Roads Regional Jail Correctional Officer assigned to watch the Decedent on the evening of May 14, 2018 and the morning of May 15, 2018)

Serve at:
Hampton Roads Regional Jail
2690 Elmhurst Lane
Portsmouth, VA 23701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____        _____
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____                _____
                                              *Server's signature*

                                      _____
                                              *Printed name and title*


                                      _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  2:19-cv-00225-AWA-DEM |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JORDAN  (Hampton Roads Regional Jail Correctional Officer assigned to watch the Decedent on the evening of May 14, 2018 and the morning of May 15, 2018)

Serve at:
Hampton Roads Regional Jail
2690 Elmhurst Lane
Portsmouth, VA 23701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❏ I returned the summons unexecuted because _____ ; or

    ❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                                   _____
                                                     *Server's signature*

                                                 _____
                                                      *Printed name and title*

                                                 _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) |
| *Defendant(s)* | ) ) ) |

Civil Action No.  2:19-cv-00225-AWA-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KITHCART  (Hampton Roads Regional Jail Correctional Officer assigned to watch the Decedent on the evening of May 14, 2018 and the morning of May 15, 2018)

Serve at:
Hampton Roads Regional Jail
2690 Elmhurst Lane
Portsmouth, VA 23701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219,  804.774-7950 Ph.,  mkrudys@krudys.com
Michael Goodove (VSB# 34563),  Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| MARCIA A. KEELING, ADMINISTRATOR OF THE ESTATE OF DAVAGEAH K. JONES, Deceased | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| CORRECT CARE SOLUTIONS, LLC, now conducting business as WELLPATH LLC, et al | ) ) ) ) |
| *Defendant(s)* | ) ) |

Civil Action No.  2:19-cv-00225-AWA-DEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSEPH P. BARON

Serve at:
Norfolk Sheriff's Office
811 E. City Hall Avenue
Norfolk, VA 23510

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys (VSB #30718), THE KRUDYS LAW FIRM, PLC, SunTrust Cntr, 919 E. Main St., Ste. 2020, Richmond, VA 23219, 804.774-7950 Ph., mkrudys@krudys.com
Michael Goodove (VSB# 34563), Elizabeth Kalocay Ufkes (VSB# 70149), SWARTZ TALIAFERRO SWARTZ & GOODOVE, 220 West Freemason St., Norfolk, VA, 23510, 757.275.5000 Ph., mike@goodove.com, beth@stsg-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00225-AWA-DEM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: